IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>  vs.<br><br>LAMAR D. GLOVER,<br><br>                Defendant. | 8:25CR235<br><br>MOTION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM |

1. The defendant is presently incarcerated in the Douglas County Jail, Omaha, Nebraska, in the custody of the Warden of said facility.

2. It is necessary that the said defendant be before the Honorable Michael D. Nelson for a hearing beginning on or after 21st day of November, 2025, at 1:30 P.M.

WHEREFORE, the petitioner prays that the Clerk of this Court be ordered to issue a Writ of Habeas Corpus Ad Prosequendum to the Warden of the Douglas County Jail, FBI Task Force Officers, Omaha Police Officers and the United States Marshals Service for the appearance of said defendant as requested above and for such other proceedings as the Court may direct.

                                        UNITED STATES OF AMERICA, Plaintiff

                                        LESLEY A. WOODS
                                        United States Attorney

By:   s/ Lesley A. Woods
       LESLEY A. WOODS, TX Bar #24092092
       United States Attorney
       1620 Dodge Street, Suite 1400
       Omaha, NE  68102-1506
       Tel:  (402) 661-3700
       Fax:  (402) 661-3084
       E-mail: Lesley.Woods@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on November 19, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to all registered participants. I also hereby certify that a copy of the same was served by regular mail, postage prepaid, to the following non-CM/ECF participants: None.

s/ Lesley A. Woods<br>
United States Attorney