FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA
2026 AUG 18 PM 3:50
OFFICE OF THE CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

Plaintiff,

vs.

GREGORY JEROME BAHATI,
a/k/a "Pooh Bear," and "Pooh Bear 2x",
MALIK D. BAHATI, II,
a/k/a "Man Down," and "MD",
JOHNNY L. CHATMON, IV,
a/k/a "JD," and "JD Onnat,"
DESHAWN P. JACKSON,
a/k/a "Gucci" and "Juwop,"
JAQUERIS J. ALLEN, a/k/a "Man Man,"
MCKEITH M. BINGHAM, a/k/a "Ro,"
KEVIN RASHAD PIERCE, a/k/a "KP,"
LAMAR D. GLOVER, a/k/a, "Mar Mar,"
KAVION WRIGHT, a/k/a "KV,"
CAMERON J. WILLIAMS, a/k/a "KC,"
DARNELL L. MATTHEWS, a/k/a "Deeski Blow,"
NOAH MCINTOSH, a/k/a "BT,"
ANTREVION MCNICHOLS, a/k/a "Trey,"
VICTOR HENDERSON
a/k/a "Whodi", "Wop Don,"
CEDRIC GLOVER a/k/a "Ced,"
CHRISTOPHER GRUTEL
a/k/a "22", "Twenty Two", "Creep," "Gunner,"
MARQUEZE M. BINGHAM, a/k/a "Zo,"
DONTEL HICKMAN-HARRISON,
a/k/a "22/Telly," "Emmet Tweenty Two"
DARELL BARFIELD, a/k/a "Lalo," and
ZYRELL GREEN, a/k/a "Wacco,"

Defendants.

8:25CR235

SUPERSEDING INDICTMENT

18 U.S.C. § 1959(a)(1)
18 U.S.C. § 1959 (a)(3)
18 U.S.C. § 1959 (a)(5)
18 U.S.C. § 1959(a)(6)
18 U.S.C. § 924(j)
18 U.S.C. § 924 (c)(1)(A)(i)
18 U.S.C. § 924 (c)(1)(A)(ii)
18 U.S.C. § 924 (c)(1)(A)(iii)
18 U.S.C. § 924(o)
18 U.S.C. § 2
18 U.S.C. § 933(a)(3) & (b)
18 U.S.C. § 841(a)(1) & (b)(1)(C)
21 U.S.C. § 841
18 U.S.C. § 922(d)(1) & 924(a)(8)

The Grand Jury charges that

**General Allegations**

At all times relevant to this Superseding Indictment:

1. The Crips were a Los Angeles, California, based violent street gang with members located throughout the United States, including Nebraska. Members and associates of the Crips engaged in acts of violence, including acts involving murder, and assault, and other criminal activities such as narcotics trafficking, identity fraud, and the straw purchasing and illegal use of firearms. Participation in criminal activity by a Crips member or associate, especially violence directed at rival gangs, increased the respect accorded to an individual member or associate and could result in a promotion to a leadership position. Members and associates of the Crips purchased, maintained, and circulated firearms for use in criminal activity.

2. The Crips gang was organized into subunits, known as "sets," "cets," "cliques," or "cliccs." Crips sets were self-governing entities that tended to have a loose organizational structure. However, Crips sets typically distinguished leaders of a particular set from other members and associates of that set. One such Crips set in Omaha, Nebraska, was the Omaha Crips 4s set. The set was comprised of persons affiliated with subsets known as the 40th Avenue Crips and 44th Avenue Crips. Those subsets merged to form the Omaha Crips 4s that their leaders, members and associates refer to as the "4's." Members and associates of the Omaha Crips 4s flash a "4" sign with their hands to indicate affiliation with the set.

3. The Omaha Crips 4s included various tiers of members that generally reflected members' age and length of membership in the gang. Senior leaders were referred to as the "Big Homies" or "generals" and were the senior "shot callers." Leaders could issue a "blue light," that is, an order to murder persons perceived to have harmed, disrespected, or otherwise acted against the gang and its members and associates. The lowest tier of members within the Omaha Crips 4s were referred to as "NewGen." Senior leaders issued orders to mid-tier members that, in turn, gave orders to NewGen members.

4. Members and associates of the Omaha Crips 4s were expected to protect the name, reputation, and status of the Crips and its respective sets from rival gangs and other persons. Members and associates of the Omaha Crips 4s were expected to use any means necessary, including acts of violence and intimidation, to force respect from rival gangs and other individuals perceived as a threat to the gang or its reputation. One of the core rules of the Omaha Crips 4 was the prohibition of cooperation with law enforcement authorities.

5. Members and associates of the Omaha Crips 4s were expected and encouraged to commit acts of violence to gain and maintain membership, status, and discipline within the gang, including committing acts of violence against rival gang members, those perceived to be rival gang members, those perceived to pose a threat to the gang or its reputation, and also internally against members and associates who violated the gang's rules. Participating in violent crimes increased the level of respect accorded to a member or associate and resulted in the member or associate maintaining or increasing his position within the gang.

6. Members and associates of the Omaha Crips 4s used, carried, and possessed firearms, including semi-automatic pistols and assault-style firearms. Members and associates frequently posted photographs of themselves on social media accounts possessing, carrying, and brandishing firearms. Members and associates of the Omaha Crips 4s used, carried, and possessed firearms to defend themselves and the gang, to intimidate others, and to commit violent acts against "opp's" targets, that is, rival gangs, rival gang territory, and other criminal organizations and persons perceived as opponents of the Crips and the Omaha Crips 4s set.

7. Members and associates of the Omaha Crips 4s stole vehicles and parked stolen vehicles at a "drop site" from where gang members and associates could retrieve and use such vehicles to commit violent crimes, including shootings.

8. Members and associates of the Omaha Crips 4s communicated about gang activities with other members and associates using cellphones, text messaging, social media, such as Instagram, and other modes of communication.

9. Members and associates of the Omaha Crips 4s frequently recruited minors under the age of 18 and encouraged them to commit criminal activity, such as acts of violence and drug trafficking, on behalf of the gang.

The Enterprise

10. At all times relevant to this Superseding Indictment, the Omaha Crips 4s, a/k/a "the 40th Avenue Crips" and "44th Avenue Crips," including its leaders, members, and associates, constituted an "enterprise" as defined by Title 18, United States Code, Section 1959(b)(2) , that is, a group of individuals associated in fact that engaged in, and the activities of which affected, interstate and foreign commerce (hereinafter "the Omaha Crips 4s" or "the enterprise") ". The Omaha Crips 4s constituted an ongoing organization whose members and associates functioned as a continuing unit for a common purpose of achieving the objectives of the enterprise. At all times relevant to this Superseding Indictment, Omaha Crips 4s enterprise operated in the District of Nebraska and elsewhere. Defendants GREGORY JEROME BAHATI a/k/a "Pooh Bear," "Pooh Bear 2x," MALIK D. BAHATI, II, a/k/a "Man Down," "MD," JOHNNY L. CHATMON, IV, a/k/a "JD," "JD Onnat," DESHAWN P. JACKSON, a/k/a "Gucci," "Juwop," JAQUERIS J. ALLEN, a/k/a "Man Man," MCKEITH M. BINGHAM, a/k/a "Ro," KEVIN RASHAD PIERCE, a/k/a "KP," LAMAR D. GLOVER, a/k/a "Mar Mar," KAVION WRIGHT, a/k/a "KV," CAMERON J. WILLIAMS, a/k/a "KC," DARNELL L. MATTHEWS, a/k/a "Deeski Blow," NOAH MCINTOSH, a/k/a "BT," ANTREVION MCNICHOLS, a/k/a "Trey," VICTOR HENDERSON a/k/a "Whodi," "Wop Don," CEDRIC GLOVER a/k/a "Ced", CHRISTOPHER

GRUTEL a/k/a "22," "Twenty Two," "Creep," "Gunner," MARQUEZE M. BINGHAM, a/k/a "Zo," DONTEL HICKMAN-HARRISON, a/k/a "22/Telly," "Emmet Tweenty Two," DARELL BARFIELD, a/k/a "Lalo," ZYRELL GREEN, a/k/a "Wacco," and others, both known and unknown to the Grand Jury, were members and associates of Omaha Crips 4s enterprise.

Purposes of the Enterprise

11. The purposes and objectives of the Omaha Crips 4s enterprise included, but were not limited to:

a. enriching members and associates of the enterprise through, among other things, trafficking of firearms and distribution of narcotics;

b. preserving and protecting the power, territory, and profits of the enterprise through the use of intimidation, violence, and threats of violence, including the commission of acts involving murder and assault;

c. promoting and enhancing the enterprise and its members' and associates' activities; and

d. keeping victims and witnesses in fear of the enterprise and in fear of its members and associates through acts and threats of violence.

Means and Methods of the Enterprise

12. Among the means and methods by which members and associates of the Omaha Crips 4s enterprise conducted and participated in the conduct of the affairs of the enterprise were the following:

a. members and associates of the enterprise used intimidation, threats of violence, and violence, including acts involving murder, and assault, to preserve, expand, and protect the enterprise and its territory and activities;

to promote and enhance its prestige, reputation, and position in the community; and to discipline enterprise members and associates perceived to have been disloyal to the gang or to have violated gang rules;

b. members and associates of the enterprise illegally acquired, possessed, shared, carried, and used deadly weapons, including firearms, to harm and kill rivals and in furtherance of their crimes of violence;

c. members and associates of the enterprise attended gang meetings and communicated with other members and associates to discuss, among other things, the structure and organization of the gang; past criminal acts committed against rival gang members and others; leaders, members, and associates who had been arrested and incarcerated; discipline of gang members who had violated gang rules; and plans and agreements regarding the commission of future crimes and concealment of those and previously committed crimes;

d. members and associates of the enterprise communicated with one another and represented their gang allegiance through social media applications, such as Instagram and Snapchat, including by posting photographs of themselves with other gang members and associates, displaying gang hand signs, wearing colors and clothing associated with the enterprise, posing with weapons, and sending and posting messages and videos referencing their affiliation with the enterprise;

e. members and associates of the enterprise used social media, such as Instagram, to threaten and intimidate rivals, those perceived to have

cooperated with law enforcement, and those perceived to have disrespected the enterprise and its members and associates;

f. members and associates of the enterprise stole and attempted to steal vehicles for use by the enterprise; and

g. members and associates of the enterprise recruited and attempted to recruit minors to join the enterprise and encouraged minors to commit criminal activity on behalf of the enterprise.

## COUNT ONE

***(Conspiracy Assault with Dangerous Weapons and Murder in Aid of Racketeering)***

At all times relevant to this Superseding Indictment, the Omaha Crips 4s, a/k/a "the 40th Avenue Crips" and "44th Avenue Crips," as more fully described in paragraphs 1 to 12 of this Superseding Indictment, including its leaders, members, and associates, constituted an "enterprise" as defined by Title 18, United States Code, Section 1959(b)(2), that is, a group of individuals associated in fact that engaged in, and the activities of which affected, interstate and foreign commerce. The enterprise constituted an ongoing organization whose members and associates functioned as a continuing unit for a common purpose of achieving the objectives of the enterprise.

At all times relevant to this Superseding Indictment, the Omaha Crips 4s, a/k/a the 40th Avenue Crips and 44th Avenue Crips, including its leaders, members, and associates, engaged in racketeering activity as defined in Title 18, United States Code, Sections 1959(b)(1) and 1961(1), namely, (1) acts involving murder, chargeable under Nebraska Revised Statutes 28-303, 28-304, 28-392, 28-202, and 28-206, (2) acts involving robbery, chargeable under Nebraska Revised Statutes 28-324, 28-202, and 28-206; (3) acts indictable under Title 18, United States Code, Section 933 (relating to trafficking in firearms); and (4) offenses involving drug trafficking, in

violation of Title 21, United States Code, Sections 841.

Between on or about July 29, 2023 and on or about July 30, 2023, in the District of Nebraska and elsewhere, defendants, , defendants, VICTOR HENDERSON a/k/a "Whodi," "Wop Don," CEDRIC GLOVER a/k/a "Ced," and CHRISTOPHER GRUTEL a/k/a "22," "Twenty-Two," "Creep," "Gunner," and other members and associates of the Omaha Crips 4s, a/k/a the 40th Avenue Crips and 44th Avenue Crips, both known and unknown to the Grand Jury, for the purpose of gaining entrance to and maintaining and increasing position in the Omaha Crips 4s, a/k/a the 40th Avenue Crips and 44th Avenue Crips, an enterprise engaged in racketeering activity, did knowingly and intentionally combine, conspire, confederate, and agree with each other and with others, both known and unknown to the Grand Jury, to assault M.T., K.S., L.S, and other victims known and unknown to the grand jury with dangerous weapons, that is, firearms, and murder L.L. and L.L.'s unborn child, in violation of Nebraska Revised Statutes 28-303, 28-304, 28-308 and 28-1205(1)(c), 28-309, 28-311.01(a) through (b) and 28-1205(1)(c), 28-392, 28-1212.02, 28-202, and 28-206, and did aid, abet, counsel, command, induce, and cause each other and others to commit said offenses.

All in violation of Title 18, United States Code, Sections 1959(a)(5), (a)(6), and 2.

**COUNT TWO**

***(Assault M.T. and K.S. with Dangerous Weapons in Aid of Racketeering)***

On or about July 29, 2023, in the District of Nebraska and elsewhere, defendants, VICTOR HENDERSON a/k/a "Whodi," "Wop Don," CEDRIC GLOVER a/k/a "Ced," and CHRISTOPHER GRUTEL a/k/a "22," "Twenty-Two," "Creep," "Gunner," for the purpose of gaining entrance to and maintaining and increasing position in the Omaha Crips 4s, a/k/a the 40th Avenue Crips and 44th Avenue Crips, an enterprise engaged in racketeering activity, did assault

M.T. and K.S. with dangerous weapons, that is a .40 caliber firearm, a .45 caliber firearm, and a 9mm firearm, in violation of Nebraska Revised Statutes 28-308 and 28-1205(1)(c), 28-309, 28.311.01(a) through (b) and 28-1205(1)(c), 28-202, and 28-206, and did aid, abet, counsel, command, induce, and cause each other and others to commit said offense.

All in violation of Title 18, United States Code, Sections 1959(a)(3) and 2.

**COUNT THREE**

***(Discharge of a Firearm: Crime of Violence)***

On or about July 29, 2023, in the District of Nebraska, defendants, VICTOR HENDERSON a/k/a "Whodi," "Wop Don," CEDRIC GLOVER a/k/a "Ced," and CHRISTOPHER GRUTEL a/k/a "22," "Twenty-Two," "Creep," "Gunner," did knowingly use, carry, and discharge firearms, that is a .40 caliber firearm and .45 caliber firearm, during and in relation to a crime of violence for which each may be prosecuted in a court of the United States, that is, the assault of M.T. and K.S. with deadly weapons in aid of racketeering as set forth and charged in Count Two of this Superseding Indictment, and did aid, abet, counsel, command, induce, and cause each other and others to commit said offense.

In violation of Title 18, United States Code, Sections 924(c)(1)(A)(iii), and 2.

**COUNT FOUR**

***(Assault of L.S. and Others with Dangerous Weapons in Aid of Racketeering)***

On or about July 30, 2023, in the District of Nebraska and elsewhere, defendants, VICTOR HENDERSON a/k/a "Whodi," and "Wop Don," CEDRIC GLOVER a/k/a "Ced," and CHRISTOPHER GRUTEL a/k/a "22," "Twenty-Two," "Creep," and "Gunner," for the purpose of gaining entrance to and maintaining and increasing position in the Omaha Crips 4s, a/k/a the 40th Avenue Crips and 44th Avenue Crips, an enterprise engaged in racketeering activity, did assault

L.S. and other victims known and unknown to the grand jury with dangerous weapons, that is a 9mm firearm and a .45 caliber firearm, in violation of Nebraska Revised Statutes 28-308 and 28-1205(1)(c), 28-309, 28.311.01(a) through (b) and 28-1205(1)(c), and 28-206, and did aid, abet, counsel, command, induce, and cause each other and others to commit said offense.

All in violation of Title 18, United States Code, Sections 1959(a)(3), and 2.

**COUNT FIVE**

***(Discharge of Firearm: Crime of Violence)***

On or about July 30, 2023, in the District of Nebraska, defendants, VICTOR HENDERSON a/k/a "Whodi," and "Wop Don," CEDRIC GLOVER a/k/a "Ced," and CHRISTOPHER GRUTEL a/k/a "22," "Twenty-Two," "Creep," and "Gunner," did knowingly and intentionally use, carry, and discharge firearms, that is a 9mm firearm and a .45 caliber firearm, during and in relation to crimes of violence for which each may be prosecuted in a court of the United States, namely, the assault of L.S. and others victims with a dangerous weapons in aid of racketeering, as set forth and charged in Count Four of this Superseding Indictment, and did aid, abet, counsel, command, induce, and cause each other and others to commit said offenses.

All in violation of Title 18, United States Code, Sections 924(c)(1)(A)(iii), and 2.

**COUNT SIX**

***(Murder of L.L. and L.L.'s Unborn Child in Aid of Racketeering)***

On or about July 30, 2023, in the District of Nebraska and elsewhere, defendants VICTOR HENDERSON a/k/a "Whodi," and "Wop Don," CEDRIC GLOVER a/k/a "Ced," and CHRISTOPHER GRUTEL a/k/a "22," "Twenty-Two," "Creep," and "Gunner," for the purpose of gaining entrance to and maintaining and increasing position in the Omaha Crips 4s, a/k/a the 40th Avenue Crips and 44th Avenue Crips, an enterprise engaged in racketeering activity, did murder

L.L. and L.L.'s unborn child, in violation of Nebraska Revised Statutes 28-303, 28-304, 28-392, and 28-206, and did aid, abet, counsel, command, induce, and cause each other and others to commit said offenses.

All in violation of Title 18, United States Code, Sections 1959(a)(1), and 2.

**COUNT SEVEN**

***(Murder by Firearm)***

On or about July 30, 2023, in the District of Nebraska, defendants, VICTOR HENDERSON a/k/a "Whodi," and "Wop Don," CEDRIC GLOVER a/k/a "Ced," and CHRISTOPHER GRUTEL a/k/a "22," "Twenty-Two," "Creep," and "Gunner," did knowingly and intentionally possess firearms, that is a 9mm firearm and a .45 caliber firearm, in furtherance of a crime of violence for which each may be prosecuted in a court of the United States, namely, the conspiracy to murder L.L. and L.L.'s unborn child in aid of racketeering, as set forth and charged in Count One of this Superseding Indictment, and did use, carry, and discharge firearms, that is a 9mm firearm and a .45 caliber firearm, during and in relation to a crime of violence for which each may be prosecuted in a court of the United States, namely, the murder of L.L. and L.L.'s unborn child in aid of racketeering, as set forth and charged in Count Six of this Superseding Indictment, and in the course of committing said offenses, did cause the death of L.L. and L.L's unborn child through the use of a firearm, which killings were murder, as defined in Title 18, United States Code, Section 1111, and did aid, abet, counsel, command, induce, and cause each other and others to commit said offenses.

All in violation of Title 18, United States Code, Sections 924(c)(1)(A)(iii), (j)(1), and 2.

**COUNT EIGHT**

***(Firearms Conspiracy: Crimes of Violence)***

Between on or about January 1, 2023, and on or about October 31, 2023, in the District of Nebraska and elsewhere, the defendants, VICTOR HENDERSON a/k/a "Whodi," and "Wop Don," CEDRIC GLOVER a/k/a "Ced," and CHRISTOPHER GRUTEL a/k/a "22," "Twenty-Two," "Creep," and "Gunner," and others known and unknown to the grand jury, did knowingly conspire and agree with persons known and unknown to the grand jurors to knowingly possess one or more firearms in furtherance of federally chargeable crimes of violence, to include conspiracy to commit assaults with dangerous weapons in aid of racketeering, conspiracy to commit murder in aid of racketeering, assault with dangerous weapons in aid of racketeering, and murder in aid of racketeering.

All in violation of Title 18, United States Code, Section 924(o).

**COUNT NINE**

***(Assault of J.R., K.R., and Others with Dangerous Weapons in Aid of Racketeering)***

On or about April 13, 2024, in the District of Nebraska, the defendants, JOHNNY L. CHATMON, IV, a/k/a "JD" and "JD Onnat," and DESHAWN P. JACKSON, a/k/a "Gucci," and "Juwop" for the purpose of gaining entrance to and maintaining and increasing position in the Omaha Crips 4s, a/k/a the 40th Avenue Crips and 44th Avenue Crips, an enterprise engaged in racketeering activity, did assault J.R., K.R., and other victims known and unknown to the grand jury with a deadly weapon, that is a 9mm firearm, in violation of Nebraska Revised Statutes 28-308 and 28-1205(1)(c), 28-309, 28-311.01(1)(a) through (b) and 28-1205(1)(c), and 28-206, and did aid, abet, counsel, command, induce, and cause each other and others to commit said offense.

All in violation of Title 18, United States Code, Sections 1959(a)(3) and 2.

**COUNT TEN**

***(Discharge of a Firearm: Crime of Violence)***

On or about April 13, 2024, in the District of Nebraska, defendant, JOHNNY L. CHATMON, IV, a/k/a "JD" and "JD Onnat," and DESHAWN P. JACKSON, a/k/a "Gucci," and "Juwop" did knowingly use, carry, and discharge a firearms, that is a 9mm firearm, during and in relation to a crime of violence for which each may be prosecuted in a court of the United States, that is, the assault of J.R., K.R., and other victims with a dangerous weapon in aid of racketeering, as set forth and charged in Count Nine of this Superseding Indictment, and did aid, abet, counsel, command, induce, and cause each other and others to commit said offense.

In violation of Title 18, United States Code, Sections 924(c)(1)(A)(iii), and 2.

**COUNT ELEVEN**

***(Conspiracy to Assault with Dangerous Weapons in Aid of Racketeering)***

Between on or about June 2, 2024, and on or about August 23, 2024, defendants, KAVION WRIGHT, a/k/a "KV," MALIK D. BAHATI, II, a/k/a "Man Down," and "MD," CAMERON J. WILLIAMS, a/k/a "KC," LAMAR D. GLOVER, a/k/a "Mar Mar," GREGORY JEROME BAHATI, a/k/a "Pooh Bear," and "Pooh Bear 2x," MARQUEZE BINGHAM, a/k/a "Zo," and other members and associates of the Omaha Crips 4s, a/k/a the 40th Avenue Crips and 44th Avenue Crips, both known and unknown to the Grand Jury, for the purpose of gaining entrance to and maintaining and increasing position in the Omaha Crips 4s, a/k/a the 40th Avenue Crips and 44th Avenue Crips, an enterprise engaged in racketeering activity, did knowingly and intentionally combine, conspire, confederate, and agree with each other and with others, both known and unknown to the Grand Jury, to assault S.M., N.L., T.T., D.R., D.D.,

A.C., and other victims known and unknown to the grand jury with dangerous weapons, that is, firearms, in violation of Nebraska Revised Statutes 28-308 and 28-1205(1)(c), 28-309, 28-311.01(a) through (b) and 28-1205(1)(c), 28-324 and 28-1205(1)(c), 28-1212.02, 28-202, and 28-206, and did aid, abet, counsel, command, induce, and cause each other and others to commit said offenses.

All in violation of Title 18, United States Code, Sections 1959(a)(6), and 2.

## COUNT TWELVE

***(Assault of S.M. and Others with Dangerous Weapons in Aid of Racketeering)***

On or about June 2, 2024, in the District of Nebraska and elsewhere, defendants, KAVION WRIGHT, a/k/a "KV," MALIK D. BAHATI, a/k/a "Man Down," and "MD," CAMERON J. WILLIAMS, a/k/a "KC," LAMAR D. GLOVER, a/k/a "Mar Mar," for the purpose of gaining entrance to and maintaining and increasing position in the Omaha Crips 4s, a/k/a the 40th Avenue Crips and 44th Avenue Crips, an enterprise engaged in racketeering activity, did assault S.M. and other victims known and unknown to the grand jury with dangerous weapons, that is, firearms, including a .223 caliber firearm, in violation of Nebraska Revised Statutes 28-311.01(a) through (b) and 28-1205(1)(c), 28-1212.02, and 28-206, and did aid, abet, counsel, command, induce, and cause each other and others to commit said offenses.

All in violation of Title 18, United States Code, Sections 1959(a)(3), and 2.

## COUNT THIRTEEN

***(Discharge of a Firearm: Crime of Violence)***

On or about June 2, 2025, in the District of Nebraska and elsewhere, defendants, KAVION WRIGHT, a/k/a "KV," MALIK D. BAHATI, a/k/a "Man Down," and "MD," CAMERON J. WILLIAMS, a/k/a "KC," LAMAR D. GLOVER, a/k/a "Mar Mar," did

knowingly use, carry, and discharge firearms, that is, firearms, including a .223 caliber firearm, during and in relation to a crime of violence for which each may be prosecuted in a court of the United States, that is, the assault of S.M. and other victims with dangerous weapons in aid of racketeering, as set forth and charged in Count Twelve of this Superseding Indictment, and did aid, abet, counsel, command, induce, and cause each other and others to commit said offense.

In violation of Title 18, United States Code, Sections 924(c)(1)(A)(iii), and 2.

## COUNT FOURTEEN

***(Assault of N.L., T.T., and Others with Dangerous Weapons in Aid of Racketeering)***

On or about June 8, 2024, in the District of Nebraska and elsewhere, defendants, GREGORY JEROME BAHATI, a/k/a "Pooh Bear," and "Pooh Bear 2x," LAMAR D. GLOVER, a/k/a, "Mar Mar," and CAMERON J. WILLIAMS, a/k/a "KC," for the purpose of gaining entrance to and maintaining and increasing position in the Omaha Crips 4s, a/k/a the 40th Avenue Crips and 44th Avenue Crips, an enterprise engaged in racketeering activity, did assault N.L., T.T., and other victims known and unknown to the Grand Jury with a dangerous weapon, that is a .223 caliber firearm, in violation of Nebraska Revised Statutes 28-309, 28-311.01(a) through (b) and 28-1205(1)(c), 28-1212.02, and 28-206 and did aid, abet, counsel, command, induce, and cause each other and others to commit said offenses.

All in violation of Title 18, United States Code, Sections 1959(a)(3), and 2.

## COUNT FIFTEEN

***(Discharge of a Firearm and Possession of a Machine Gun: Crime of Violence)***

On or about June 8, 2025, in the District of Nebraska and elsewhere, defendants, GREGORY JEROME BAHATI, a/k/a "Pooh Bear," and "Pooh Bear 2x," LAMAR D. GLOVER, a/k/a, "Mar Mar," and CAMERON J. WILLIAMS, a/k/a "KC," did knowingly use, carry, and

discharge a firearm, that is a .223 caliber firearm, during and in relation to a crime of violence, and did possess a firearm, that is a 9mm firearm affixed with a "Glock switch" machine gun conversion making it a machinegun as defined in Title 26 United States Code Section 5845(b), in furtherance of a crime of violence, for which each may be prosecuted in a court of the United States, that is, the assault of N.L, T.T., and other victims with a dangerous weapon in aid of racketeering, as set forth and charged in Count Fourteen of this Superseding Indictment, and did aid, abet, counsel, command, induce, and cause each other and others to commit said offense.

In violation of Title 18, United States Code, Sections 924(c)(1)(A)(iii), (c)(1)(B)(ii), and

**COUNT SIXTEEN**

***(Assault of D.R., D.D., and Others with a Dangerous Weapon in Aid of Racketeering)***

On or about June 9, 2024, in the District of Nebraska, and for the purpose of gaining entrance to and maintaining and increasing position in the Omaha Crips 4s, a/k/a the 40th Avenue Crips and 44th Avenue Crips, an enterprise engaged in racketeering activity, the defendants, MALIK D. BAHATI, a/k/a "Man Down," and "MD," KAVION WRIGHT, a/k/a "KV," and CAMERON J. WILLIAMS, a/k/a "KC," did assault D.R., D.D., and other victims known and unknown to the grand jury with a dangerous weapon, that is a .223 firearm in violation of Nebraska Revised Statutes 28-308 and 28-1205(1)(c), 28-309, 28-311.01(a) through (b) and 28-1205(1)(c), 28-1212.02, and 28-206, and did aid, abet, counsel, command, induce, and cause each other and others to commit said offenses.

All in violation of Title 18, United States Code, Sections 1959(a)(3), and 2.

**COUNT SEVENTEEN**

***(Discharge of a Firearm: Crime of Violence)***

On or about June 9, 2024, in the District of Nebraska, defendant, MALIK D. BAHATI, a/k/a "Man Down," a/k/a "MD," KAVION WRIGHT, a/k/a "KV," and CAMERON J. WILLIAMS, a/k/a "KC," did knowingly use, carry, and discharge a firearm, that is a .223 firearm, during and in relation to a crime of violence for which each may be prosecuted in a court of the United States, that is, the assault of D.R., D.D., and others with a dangerous weapon in aid of racketeering charge as set forth and charged in Count Sixteen of this Superseding Indictment, and did aid, abet, counsel, command, induce, and cause each other and others to commit said offense.

In violation of Title 18, United States Code, Sections 924(c)(1)(A)(iii), and 2.

**COUNT EIGHTEEN**

***(Assault of A.C. with a Dangerous Weapon in Aid of Racketeering)***

On or about August 23, 2024, in the District of Nebraska, and for the purpose of gaining entrance to and maintaining and increasing position in the Omaha Crips 4s, a/k/a the 40th Avenue Crips and 44th Avenue Crips, an enterprise engaged in racketeering activity, the defendants, GREGORY JEROME BAHATI, a/k/a "Pooh Bear," and "Pooh Bear 2x," and KAVION WRIGHT, a/k/a "KV," and MARQUEZE M. BINGHAM, a/k/a "Zo," did assault A.C. with a dangerous weapon, that is a firearm, in violation of Nebraska Revised Statutes 28-309, 28-311.01(a) and 28-1205(1)(c), 28-324 and 28-1205(1)(c), and 28-206, and did aid, abet, counsel, command, induce, and cause each other and others to commit said offenses.

All in violation of Title 18, United States Code, Sections 1959(a)(3), and 2.

**COUNT NINETEEN**

***(Brandish of a Firearm: Crime of Violence)***

On or about August 23, 2024, in the District of Nebraska, defendants, GREGORY JEROME BAHATI, a/k/a "Pooh Bear," and "Pooh Bear 2x," and KAVION WRIGHT, a/k/a "KV," and MARQUEZE M. BINGHAM, a/k/a "Zo," did knowingly use, carry, and brandish a firearm during and in relation to a crime of violence for which each may be prosecuted in a court of the United States, that is, the assault A.C. with a dangerous weapon in aid of racketeering charge as set forth and charged in Count Eighteen of this Superseding Indictment, and did aid, abet, counsel, command, induce, and cause each other and others to commit said offense.

In violation of Title 18, United States Code, Sections 924(c)(1)(A)(ii), and 2.

**COUNT TWENTY**

***(Conspiracy to Assault "Opps" with a Dangerous Weapon in Aid of Racketeering)***

On or about August 24, 2024, in the District of Nebraska, and for the purpose of gaining entrance to and maintaining and increasing position in the Omaha Crip 4's, a/k/a the 40th Avenue Crips and 44th Avenue Crips, an enterprise engaged in racketeering activity, the defendants, GREGORY JEROME BAHATI, a/k/a "Pooh Bear," and "Pooh Bear 2x", MALIK D. BAHATI, II, a/k/a "Man Down" and "MD," and KAVION WRIGHT, a/k/a "KV," together with others known and unknown to the Grand Jury, did unlawfully, knowingly, and intentionally conspire to assault rival gang members and associates, a/k/a "opps," in the "Bottoms," an area associated with rival gangs in Omaha, Nebraska, with dangerous weapons, that is multiple firearms including a .223 caliber firearm, in violation of Nebraska Revised Statutes 28-308 and 28-1205(1)(c), 28-309, 28-311.01(a) through (b), 28-202, and 28-206, and did aid, abet, counsel, command, induce, and cause each other and others to commit said offense.

In violation of Title 18, United States Code, Sections 1959(a)(6), and 2.

**COUNT TWENTY-ONE**

***(Possession of Firearms: Crime of Violence)***

On or about August 23, 2024, in the District of Nebraska, defendants, GREGORY JEROME BAHATI, a/k/a "Pooh Bear," and "Pooh Bear 2x," and KAVION WRIGHT, a/k/a "KV," and MCKEITH M. BINGHAM, a/k/a "Ro," did knowingly possess firearms in furtherance of a crime of violence for which each may be prosecuted in a court of the United States, that is, the conspiracy to assault "opps" with dangerous weapons in aid of racketeering as set forth and charged in Count Twenty of this Superseding Indictment, and did aid, abet, counsel, command, induce, and cause each other and others to commit said offense.

In violation of Title 18, United States Code, Sections 924(c)(1)(A)(i), and 2.

**COUNT TWENTY-TWO**

***(Conspiracy to Assault with Dangerous Weapons and Murder in Aid of Racketeering)***

On or about September 8, 2024, defendants, GREGORY JEROME BAHATI, a/k/a "Pooh Bear," and "Pooh Bear 2x," MALIK D. BAHATI, II, a/k/a "Man Down," and "MD," and KAVION WRIGHT, a/k/a "KV," and other members and associates of the Omaha Crips 4s, a/k/a the 40th Avenue Crips and 44th Avenue Crips, both known and unknown to the Grand Jury, for the purpose of gaining entrance to and maintaining and increasing position in the Omaha Crips 4s, a/k/a the 40th Avenue Crips and 44th Avenue Crips, an enterprise engaged in racketeering activity, did knowingly and intentionally combine, conspire, confederate, and agree with each other and with others, both known and unknown to the Grand Jury, to assault A.F., M.R., and other victims known and unknown the Grand Jury with a dangerous weapon, that is a firearm, and to murder S.H., in violation of Nebraska Revised Statutes 28-303, 28-304, 28-309, 28.311.01(a) and 28-1205(1)(c), and 28-206, and did aid, abet, counsel, command, induce, and cause each other and others to commit said offense.

All in violation of Title 18, United States Code, Sections 1959(a)(5), (a)(6), and 2.

## COUNT TWENTY-THREE

***(Assault of A.F., M.R. and Others with a Dangerous Weapon in Aid of Racketeering)***

On or about September 8, 2024, in the District of Nebraska and elsewhere, defendants, GREGORY JEROME BAHATI, a/k/a "Pooh Bear," and "Pooh Bear 2x," MALIK D. BAHATI, II, a/k/a "Man Down," and "MD," and KAVION WRIGHT, a/k/a "KV," for the purpose of gaining entrance to and maintaining and increasing position in the Omaha Crips 4s, a/k/a the 40th Avenue Crips and 44th Avenue Crips, an enterprise engaged in racketeering activity, did assault A.F. and M.R. and other victims known and unknown the grand jury with a dangerous weapon, that is a firearm, in violation of Nebraska Revised Statutes 28-309, 28.311.01(a) and 28-1205(1)(c), and 28-206, and did aid, abet, counsel, command, induce, and cause each other and others to commit said offense.

All in violation of Title 18, United States Code, Sections 1959(a)(3), and 2.

## COUNT TWENTY-FOUR

***(Discharge of Firearm: Crime of Violence)***

On or about September 8, 2024, in the District of Nebraska, defendants, GREGORY JEROME BAHATI, a/k/a "Pooh Bear," and "Pooh Bear 2xs," MALIK BAHATI, a/k/a "Man Down," and "MD," and KAVION WRIGHT, a/k/a "KV," and other members and associates of Omaha Crips 4s, a/k/a the 40th Avenue Crips and 44th Avenue Crips, both known and unknown to the Grand Jury, did use, carry, and discharge a firearm, during and in relation to a crime of violence for which each may be prosecuted in a court of the United States, namely, the assault of A.F., M.R., and others with a dangerous weapon in aid of racketeering, as set forth and charged in Count Twenty-Three of this Superseding Indictment.

All in violation of Title 18, United States Code, Sections 924(c)(1)(A)(iii), and 2.

## COUNT TWENTY-FIVE

***(Murder of S.H. in Aid of Racketeering)***

On or about September 8, 2024, in the District of Nebraska and elsewhere, defendants, GREGORY JEROME BAHATI, a/k/a "Pooh Bear," and "Pooh Bear 2x," MALIK BAHATI, a/k/a "Man Down," and "MD," and KAVION WRIGHT, a/k/a "KV," for the purpose of gaining entrance to and maintaining and increasing position in the Omaha Crips 4s, a/k/a the 40th Avenue Crips and 44th Avenue Crips, an enterprise engaged in racketeering activity, did murder S.H., in violation of Nebraska Revised Statutes 28-303, 28-304, and 28-206, and did aid, abet, counsel, command, induce, and cause each other and others to commit said offense.

All in violation of Title 18, United States Code, Sections 1959(a)(1), and 2.

## COUNT TWENTY-SIX

***(Murder by Firearm)***

On or about September 8, 2024, in the District of Nebraska, defendants, GREGORY JEROME BAHATI, a/k/a "Pooh Bear," and "Pooh Bear 2xs," MALIK BAHATI, a/k/a "Man Down," and "MD," and KAVION WRIGHT, a/k/a "KV," and other members and associates of Omaha Crips 4s, a/k/a the 40th Avenue Crips and 44th Avenue Crips, both known and unknown to the Grand Jury, did knowingly and intentionally possess a firearm in furtherance of a crime of violence for which each may be prosecuted in a court of the United States, namely, the conspiracy to murder S.H. in aid of racketeering, as set forth and charged in Count Twenty-Two of this Superseding Indictment, and did use, carry, and discharge a firearm, during and in relation to a

crime of violence for which each may be prosecuted in a court of the United States, namely, the murder of S.H. in aid of racketeering, as set forth and charged in Count Twenty-Five of this Superseding Indictment, and in the course of committing said offenses, did cause the death of S.H. through the use of a firearm, which killing was murder, as defined in Title 18, United States Code, Section 1111, and did aid, abet, counsel, command, induce, and cause each other and others to commit said offense.

All in violation of Title 18, United States Code, Sections 924(c)(1)(A)(i) and (iii), (j)(1), and 2.

## COUNT TWENTY-SEVEN

***(Conspiracy to Commit Assaults with Dangerous Weapons)***

On or about March 25, 2025, in the District of Nebraska and elsewhere, defendants, MALIK D. BAHATI, II, a/k/a "Man Down" and "MD," JOHNNY L. CHATMON, IV, a/k/a "JD," and "JD Onnat," DESHAWN P. JACKSON, a/k/a "Gucci," and "Juwop," JAQUERIS J. ALLEN, a/k/a "Man Man," MCKEITH M. BINGHAM, a/k/a "Ro," KEVIN RASHAD PIERCE, a/k/a "KP," DARNELL L. MATTHEWS, a/k/a "Deeski Blow," and ANTREVION MCNICHOLS, a/k/a "Trey," DONTEL HICKMAN-HARRISON, a/k/a "22/Telly," and "Emmet Tweenty Two," and other members and associates of the Omaha Crips 4s, a/k/a the 40th Avenue Crips and 44th Avenue Crips, both known and unknown to the Grand Jury, for the purpose of gaining entrance to and maintaining and increasing position in the Omaha Crips 4s, a/k/a the 40th Avenue Crips and 44th Avenue Crips, an enterprise engaged in racketeering activity, did knowingly and intentionally combine, conspire, confederate, and agree with each other and with others, both known and unknown to the Grand Jury, to assault M.P., B.C., A.E., and others, including a minor victim under the age of twelve years, with dangerous weapons, that is,

firearms, in violation of Nebraska Revised Statutes 28-308 and 28-1205(1)(c), 28-309, 28-311.01(a) through (b) and 28-1205(1)(c), 28-1212.02, and 28-206, and did aid, abet, counsel, command, induce, and cause each other and others to commit said offenses.

All in violation of Title 18, United States Code, Sections 1959(a)(6), and 2.

## COUNT TWENTY-EIGHT

***(Assault of M.P. with Dangerous Weapons in Aid of Racketeering)***

On or about March 25, 2025, in the District of Nebraska, and for the purpose of gaining entrance to and maintaining and increasing position in the Omaha Crips 4s, a/k/a the 40th Avenue Crips and 44th Avenue Crips, an enterprise engaged in racketeering activity, the defendants, MALIK D. BAHATI, II, a/k/a "Man Down," a/k/a "MD," JAQUERIS J. ALLEN, a/k/a "Man Man," MCKEITH M. BINGHAM, a/k/a "Ro," DARNELL L. MATTHEWS, a/k/a "Deeski Blow," and ANTREVION MCNICHOLS, a/k/a "Trey," did assault M.P. with dangerous weapons, that is a 10mm firearm and a .357 caliber firearm, in violation of Nebraska Revised Statutes 28-308 and 28-1205(1)(c), 28-309, 28-311.01(a) and 28-1205(1)(c), and 28-206, and did aid, abet, counsel, command, induce, and cause each other and others to commit said offenses.

All in violation of Title 18, United States Code, Sections 1959(a)(3), and 2.

## COUNT TWENTY-NINE

***(Discharge of a Firearms: Crime of Violence)***

On or about March 25, 2025, in the District of Nebraska, defendants, MALIK D. BAHATI, II, a/k/a "Man Down," and "MD," JAQUERIS J. ALLEN, a/k/a "Man Man," MCKEITH M. BINGHAM, a/k/a "Ro," DARNELL L. MATTHEWS, a/k/a "Deeski Blow," and ANTREVION MCNICHOLS, a/k/a "Trey," did knowingly use, carry, and discharge firearms,

that is a 10mm firearm and a .357 caliber firearm, during and in relation to a crime of violence for which each may be prosecuted in a court of the United States, that is, the assault of M.P. with dangerous weapons in aid of racketeering charge as set forth and charged in Count Twenty-eight of this Superseding Indictment, and did aid, abet, counsel, command, induce, and cause each other and others to commit said offense.

In violation of Title 18, United States Code, Sections 924(c)(1)(A)(iii), and 2.

**COUNT THIRTY**

***(Assault of B.C. and A.E., and Others with Dangerous Weapons in Aid of Racketeering)***

On or about March 25, 2025, in the District of Nebraska, and for the purpose of gaining entrance to and maintaining and increasing position in the Omaha Crips 4s, a/k/a the 40th Avenue Crips and 44th Avenue Crips, an enterprise engaged in racketeering activity, the defendants, MALIK D. BAHATI, II, a/k/a "Man Down," a/k/a "MD," JAQUERIS J. ALLEN, a/k/a "Man Man," MCKEITH M. BINGHAM, a/k/a "Ro," DARNELL L. MATTHEWS, a/k/a "Deeski Blow," and ANTREVION MCNICHOLS, a/k/a "Trey," did assault B.C., A.E., and others, including a minor victim under the age of twelve years, with dangerous weapons, that is a 10mm firearm and a .223 caliber firearm, in violation of Nebraska Revised Statutes Sections 28-308 and 28-1205(1)(c), 28-309, 28-311.01(a) through (b) and 28-1205(1)(c), 28-1212.02, and 28-206, and did aid, abet, counsel, command, induce, and cause each other and others to commit said offenses.

All in violation of Title 18, United States Code, Sections 1959(a)(3), and 2.

**COUNT THIRTY-ONE**

***(Discharge of a Firearms: Crime of Violence)***

On or about March 25, 2025, in the District of Nebraska, defendants, MALIK D. BAHATI, II, a/k/a "Man Down," and "MD," JAQUERIS J. ALLEN, a/k/a "Man Man," MCKEITH M. BINGHAM, a/k/a "Ro," DARNELL L. MATTHEWS, a/k/a "Deeski Blow," and ANTREVION MCNICHOLS, a/k/a "Trey," did knowingly use, carry, and discharge firearms, that is a 10mm firearm and a .223 caliber firearm, during and in relation to a crime of violence for which each may be prosecuted in a court of the United States, that is, the assault of B.C., A.E., and others, including a minor victim under the age of twelve years, with dangerous weapons in aid of racketeering charge as set forth and charged in Count Thirty of this Superseding Indictment, and did aid, abet, counsel, command, induce, and cause each other and others to commit said offense.

In violation of Title 18, United States Code, Sections 924(c)(1)(A)(iii), and 2.

## COUNT THIRTY-TWO

***(Distribution of Marijuana)***

On or about March 31, 2025, in the District of Nebraska and elsewhere, defendant, MCKEITH M. BINGHAM, a/k/a "Ro," did knowingly and intentionally distribute and possess with intent to distribute a mixture and substance containing a detectable amount of marijuana, a Schedule I controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

## COUNT THIRTY-THREE

***(Conspiracy to Assault "Opps" with a Dangerous Weapon in Aid of Racketeering)***

On or about April 5, 2025, in the District of Nebraska, and for the purpose of gaining entrance to and maintaining and increasing position in the Omaha Crip 4's, a/k/a the 40th Avenue Crips and 44th Avenue Crips, an enterprise engaged in racketeering activity, the

defendant, MARQUEZE M. BINGHAM, a/k/a "Zo," together with others known and unknown to the Grand Jury, did unlawfully, knowingly, and intentionally conspire to assault rival gang members and associates, a/k/a "opps," in the "Bottoms," an area associated with rival gangs in Omaha, Nebraska, with a dangerous weapon, that is a firearm, in violation of Nebraska Revised Statutes 28-308 and 28-1205(1)(c), 28-309, 28-311.01(a) through (b), 28-202, and 28-206, and did aid, abet, counsel, command, induce, and cause each other and others to commit said offense.

In violation of Title 18, United States Code, Sections 1959(a)(6), and 2.

**COUNT THIRTY-FOUR**

***(Possession of a Firearm: Crime of Violence)***

On or about April 5, 2025, in the District of Nebraska, the defendant, MARQUEZE M. BINGHAM, a/k/a "Zo," did knowingly possess a firearm, in furtherance of a crime of violence for which the defendant may be prosecuted in a court of the United States, that is, the conspiracy to assault "opps" with a dangerous weapon in aid of racketeering as alleged and charged in Count Thirty-Three of this Superseding Indictment, and did aid, abet, counsel, command, induce, and cause others to commit said offense.

In violation of Title 18, United States Code, Sections 924(c)(1)(A)(i), and 2.

**COUNT THIRTY-FIVE**

***(Distribution of Fentanyl)***

On or about August 26, 2025, in the District of Nebraska and elsewhere, defendant, DARRELL BARFIELD, a/k/a "Lalo," did knowingly and intentionally distribute a mixture and substance containing a detectable amount of fentanyl, a Schedule I controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1).

**COUNT THIRTY-SIX**

***(Conspiracy to Assault "Opps" with a Dangerous Weapons in Aid of Racketeering)***

On or about September 25, 2025, in the District of Nebraska, and for the purpose of gaining entrance to and maintaining and increasing position in the Omaha Crip 4's, a/k/a the 40th Avenue Crips and 44th Avenue Crips, an enterprise engaged in racketeering activity, the defendants, LAMAR D. GLOVER, a/k/a "Mar Mar," and NOAH MCINTOSH a/k/a "BT," together with others known and unknown to the Grand Jury, did unlawfully, knowingly, and intentionally conspire to assault rival gang members, a/k/a "opps," at a rival gang gathering in Omaha, Nebraska, with dangerous weapons, that is a .40 caliber firearm and a 9mm handgun, in violation of Nebraska Revised Statutes 28-308 and 28-1205(1)(c), 28-309, 28-311.01(a) through (b) and 28-1205(1)(c), 28-202, and 28-206, and did aid, abet, counsel, command, induce, and cause each other and others to commit said offense.

In violation of Title 18, United States Code, Sections 1959(a)(6), and 2.

**COUNT THIRTY-SEVEN**

***(Possession of Firearms: Crime of Violence)***

On or about September 25, 2025, in the District of Nebraska, defendants, LAMAR D. GLOVER, a/k/a "Mar Mar," and NOAH MCINTOSH, a/k/a "BT," did knowingly possess firearms, that is, that is a .40 caliber firearm and a 9mm firearm, in furtherance of a crime of violence for which each may be prosecuted in a court of the United States, that is, the conspiracy to assault "opps" with dangerous weapons in aid of racketeering as alleged and charged in Count Thirty-Six of this Superseding Indictment, and did aid, abet, counsel, command, induce, and cause each other and others to commit said offense.

In violation of Title 18, United States Code, Sections 924(c)(1)(A)(i), and 2.

**COUNT THIRTY-EIGHT**

***(Firearms Conspiracy)***

Between on or about September 1, 2023, and on or about August 3, 2026, in the District of Nebraska and elsewhere, defendants, GREGORY JEROME BAHATI a/k/a "Pooh Bear," and "Pooh Bear 2x," MALIK D. BAHATI, II, a/k/a "Man Down," and "MD," JOHNNY L. CHATMON, IV, a/k/a "JD," and "JD Onnat," DESHAWN P. JACKSON, a/k/a "Gucci," and "Juwop," JAQUERIS J. ALLEN, a/k/a, "Man Man," MCKEITH M. BINGHAM, a/k/a "Ro," KEVIN RASHAD PIERCE, a/k/a "KP," LAMAR D. GLOVER, a/k/a "Mar Mar," KAVION WRIGHT, a/k/a "KV," CAMERON J. WILLIAMS, a/k/a "KC," DARNELL L. MATTHEWS, a/k/a "Deeski Blow," NOAH MCINTOSH, a/k/a "BT," ANTREVION MCNICHOLS, a/k/a "Trey," and others known and unknown to the Grand Jury, did knowingly conspire and agree with persons known and unknown to the Grand Jury to knowingly possess one or more firearms in furtherance of federally chargeable crimes of violence, to include conspiracy to commit assaults with dangerous weapons in aid of racketeering, conspiracy to commit murder in aid of racketeering, assault with dangerous weapons in aid of racketeering, and murder in aid of racketeering.

All in violation of Title 18, United States Code, Sections 924(o).

**COUNT THIRTY-NINE**

***(Distribution of Fentanyl Analogue)***

On or about October 17, 2025, in the District of Nebraska and elsewhere, defendant, DARRELL BARFIELD, a/k/a "Lalo," did knowingly and intentionally distribute 10 grams or more of a mixture or substance containing an analogue of fentanyl, a Schedule I controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1).

**COUNT FORTY**

***(Distribution of Fentanyl Analogue)***

On or about November 18, 2025, in the District of Nebraska and elsewhere, defendant, DARRELL BARFIELD, a/k/a "Lalo," did knowingly and intentionally distribute 10 grams or more of a mixture or substance containing an analogue of fentanyl, a Schedule I controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1).

**COUNT FORTY-ONE**

***(Distribution of Cocaine)***

On or about November 18, 2025, in the District of Nebraska and elsewhere, defendant, DONTEL HICKMAN-HARRISON, a/k/a "22/Telly" and "Emmet Tweenty Two," did knowingly and intentionally distribute a mixture or substance containing a detectible amount of cocaine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1).

**COUNT FORTY-TWO**

***(Distribution of Fentanyl Analogue)***

On or about December 17, 2025, in the District of Nebraska and elsewhere, defendant, DARRELL BARFIELD, a/k/a "Lalo," did knowingly and intentionally distribute 10 grams or more of a mixture or substance containing an analogue of fentanyl, a Schedule I controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1).

**COUNT FORTY-THREE**

***(Distribution of Cocaine)***

On or about January 6, 2026, in the District of Nebraska and elsewhere, defendant, DONTEL HICKMAN-HARRISON, a/k/a "22/Telly" and "Emmet Tweenty Two," did knowingly and intentionally distribute a mixture or substance containing a detectible amount of cocaine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1).

## COUNT FORTY-FOUR

***(Distribution of Fentanyl Analogue)***

On or about July 9, 2026, in the District of Nebraska and elsewhere, defendant, DARRELL BARFIELD, a/k/a "Lalo," did knowingly and intentionally distribute 10 grams or more of a mixture or substance containing an analogue of fentanyl, a Schedule I controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1).

## COUNT FORTY-FIVE

***(Distribution of Fentanyl Analogue)***

On or about July 15, 2026, in the District of Nebraska and elsewhere, defendant, DARRELL BARFIELD, a/k/a "Lalo," did knowingly and intentionally distribute 10 grams or more of a mixture or substance containing an analogue of fentanyl, a Schedule I controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1).

## COUNT FORTY-SIX

***(Sale of a Firearm to a Prohibited Person)***

On or about August 3, 2026, in the District of Nebraska and elsewhere, defendant ZYRELL GREEN, a/k/a "Wacco," did knowingly sell and otherwise dispose of a firearm, that is, a Palmetto State Armory Multi-Caliber firearm, to a Confidential Informant, knowing and having

reasonable cause to believe that the Confidential Informant had been convicted of a crime punishable by imprisonment for a term exceeding one year,

In violation of Title 18, United States Code, Sections 922(d)(1) and 924(a)(8).

**COUNT FORTY-SEVEN**

***(Firearms Trafficking Conspiracy)***

Between on or about January 1, 2023, and on or about August 3, 2026, in the District of Nebraska and elsewhere, defendants, VICTOR HENDERSON a/k/a "Whodi," "Wop Don," CEDRIC GLOVER a/k/a "Ced," and CHRISTOPHER GRUTEL a/k/a "22," "Twenty-Two," "Creep," "Gunner," GREGORY JEROME BAHATI a/k/a "Pooh Bear," "Pooh Bear 2x," MALIK D. BAHATI, II, a/k/a "Man Down," and "MD," JOHNNY L. CHATMON, IV, a/k/a "JD," and "JD Onnat," DESHAWN P. JACKSON. a/k/a "Gucci," and "Juwop," JAQUERIS J. ALLEN, a/k/a "Man Man," MCKEITH M. BINGHAM, a/k/a "Ro," KEVIN RASHAD PIERCE, a/k/a "KP," LAMAR D. GLOVER, a/k/a "Mar Mar," KAVION WRIGHT, a/k/a "KV," CAMERON J. WILLIAMS, a/k/a "KC," DARNELL L. MATTHEWS, a/k/a "Deeski Blow," NOAH MCINTOSH, a/k/a "BT," and ANTREVION MCNICHOLS, a/k/a "Trey," DONTEL HICKMAN-HARRISON, a/k/a "22/Telly," "Emmet Tweenty Two," MARQUEZE M. BINGHAM," a/k/a "Zo," and ZYRELL GREEN, a/k/a "Wacco," and others known and unknown to the Grand Jury, did knowingly conspire and agree with persons known and unknown to the grand jurors to ship, transport, transfer, cause to be transported, and otherwise dispose of one and more firearms, to another person, in and affecting interstate and foreign commerce, knowing and having reasonable cause to believe that the use, carrying, and possession of a firearm by the recipient would constitute a felony (as defined in section 932(a)).

All in violation of Title 18, United States Code, Sections 933(a)(3) and (b).

A TRUE BILL

______________________________

FOREPERSON

The United States of America requests that trial of this case be held in Omaha, Nebraska, pursuant to the rules of this Court.

UNITED STATES ATTORNEY
Plaintiff

LESLEY A. WOODS
United States Attorney
District of Nebraska

PATRICK C. MCGEE
ASSISTANT U.S. ATTORNEY